# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Johnnie D. Allen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:18-cv-00065-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| David Mitchell | ) | |
| Kenneth Lassiter | ) | |
| Julia Jenkins | ) | |
| Turnner South | ) | |
| Gary Swink | ) | |
| David Cathron | ) | |
| H. Corpening | ) | |
| Darrel Watkins | ) | |
| C. Crawford, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 19, 2018 Order.

September 19, 2018

Frank G. Johns, Clerk
United States District Court